IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AIMEE C. MANIS,

    Plaintiff,

v.                                         Case No.  2:18-cv-2187

SUIT UP, INC. and
ACS CLOTHING LTD.,                   **JURY DEMANDED**

    Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Plaintiff Aimee C. Manis and Defendants Suit Up, Inc. and ACS Clothing LTD. ("Defendants"), by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal with Prejudice and respectfully request that the Court dismiss the above styled cause with Prejudice with each party to bear their own costs, expenses and attorneys' fees, unless otherwise mutually agreed.

    Dated this 14th day of March 2019.

                                                      Respectfully submitted,

                                                      **FISHER & PHILLIPS, LLP**

                                                      By: *s/J. Gregory Grisham*
                                                      J. Gregory Grisham (TN Bar No. 013810)
                                                      Jeff Weintraub (TN Bar No. 9686)
                                                      1715 Aaron Brenner Drive, Suite 312
                                                      Memphis, Tennessee 38120
                                                      (901) 526-0431 – telephone
                                                      (901) 526-8183 – facsimile
                                                      ggrisham@fisherphillips.com
                                                      jweintraub@fisherphillips.com
                                                      *Counsel for Defendants*

*s/ William B. Ryan by JGG with permission*
William B. Ryan (TN Bar No. 20269)
Janelle C. Osowski (TN Bar No. 31359)
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee  38104
Telephone:  901-278-1004
Fax:  901-278-3111
billy@donatilaw.com

## CERTIFICATE OF SERVICE

I, J. GREGORY GRISHAM, do hereby certify that I filed the foregoing with the Clerk of Court utilizing the ECF-System, which sent a copy of same to the following:

William B. Ryan
Janelle C. Osowski
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee  38104
Telephone:  901-278-1004
Fax:  901-278-3111
billy@donatilaw.com

This the 14th day of March, 2019.

s/J. Gregory Grisham
J. Gregory Grisham

2